JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200   Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; PAUL MORGADO, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, <br><br> Defendants. <br> _____ / | Case No. C 06 04686 JSW <br><br> **STIPULATION AND (PROPOSED) ORDER ALLOWING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT** |

THE PARTIES hereby stipulate and agree that Plaintiffs may file a First Amended Complaint in this matter as agreed upon review by Defendants' of Plaintiff Proposed First Amended Complaint.

Stipulation and (proposed) Order allowing leave to file First Amended Complaint
Case No. C 06 04686 JSW -                              1

1  THE PARTIES further stipulate and agree that Defendants shall answer the First Amended Complaint within thirty (30) days from the date of service of Plaintiffs' First Amended Complaint upon Defendants.

IT IS SO STIPULATED.

Dated: January 26, 2007         **The Law Offices of John L. Burris**


                                _____/s/_____
                                John L. Burris
                                Attorney for Plaintiff

Dated: January 26, 2007

                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Attorney
                                BLAKE P. LOEBS
                                Chief of Civil Rights Litigation
                                PETER J. KEITH
                                Deputy City Attorney


                                By:_____//s//_____
                                    BLAKE P. LOEBS

                                Attorneys for Defendants
                                CITY AND COUNTY OF SAN FRANCISCO,
                                HEATHER FONG, in her official capacity,
                                JOHN KESSOR, MICHELLE ALVIS and
                                PAUL MORGADO

(PROPOSED) ORDER

PURSUANT TO STIPULATION, Plaintiffs are hereby granted leave to file a First Amended Complaint within ten (10) days of this Order. Defendants shall file an Answer to the First Amended Complaint within thirty (30) days of service of the First Amended Complaint.

Dated: February 15, 2007        _____/s/ Jeffrey S. White_____
                                UNITED STATES DISTRICT JUDGE

Stipulation and (proposed) Order allowing leave to file First Amended Complaint
Case No. C 06 04686 JSW -                    2