JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200      Facsimile: (510) 839-3882

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3868
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, in her official capacity,
JOHN KESSOR, MICHELLE ALVIS and
PAUL MORGADO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, | Case No. C 06 04686 JSW<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE** |

STIPULATION AND (PROPOSED) ORDER EXTENDING ADR DEADLINE          1
Case No. C 06 04686 JSW -

individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; PAUL MORGADO, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,

       Defendants.
_____/

## STIPULATION

On April 20, 2007, counsel for the parties met and conferred regarding the mediation scheduled in this matter to take place on April, 25, 2007.  With the agreement of counsel for the defendants, Blake Loebs, Plaintiff's counsel contacted the court-appointed mediator in the above-entitled action, Howard Janssen, Esq., to request that the date of the mediation be extended for up to five months, to allow substantial discovery to take place.  Counsel agreed that there could be no significant efforts to resolve this matter without conducting significant discovery.   Mr. Janssen agreed to continue as the court-appointed mediator in the expectation that the parties will participate in the mediation within a period of five months from the deadline initially set by the Court to complete mediation in this matter.

Based on the foregoing, the parties jointly request that the deadline for ADR in this matter be extended from May 7, 2007 to October 8, 2007.

**SO STIPULATED.**

Dated:  April 23, 2007        **The Law Offices of John L. Burris**

                  _____/s/_____
                  Ben Nisenbaum, Esq.
                  Attorney for Plaintiffs


Dated:  April 23, 2007         **Dennis J. Herrera, City Attorney**
                  **Joanne Hoepper, Chief Trial Attorney**
                  **Blake P. Loebs, Deputy City Attorney**

                  _____/s/_____
                  Blake P. Loebs,
                  Attorney for Defendants

**(PROPOSED) ORDER**

Good cause shown, based on the representation of counsel for the parties in their joint stipulation, the Court hereby grants the parties' stipulation and orders that the deadline to complete ADR through the Court-appointed mediation process in this matter be extended to October 8, 2007.

**IT IS SO ORDERED.**

Dated: April 25, 2007 _____
UNITED STATES DISTRICT COURT JUDGE