JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882

Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3868
Facsimile:   (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, in her official capacity,
JOHN KESSOR, MICHELLE ALVIS and
PAUL MORGADO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, | Case No.  C 06 04686 JSW<br><br>**STIPULATION AND ORDER TO RELEASE CORONER'S PHOTOGRAPHS OF DECEDENT ASA SULLIVAN'S BODY** |

STIPULATION AND (PROPOSED) ORDER TO RELEASE MEDICAL EXAMINER'S PHOTOGRAPHS    1
Case No. C 06 04686 JSW -

individually and in her capacity as a police
officer for the CITY AND COUNTY OF SAN
FRANCISCO; PAUL MORGADO, individually
and in his capacity as a police officer for the
CITY AND COUNTY OF SAN FRANCISCO;
and, San Francisco police officers DOES 1-25,
inclusive,

                         Defendants.
_____/

## STIPULATION

Plaintiffs and Defendants hereby jointly request that the Court issue an order authorizing release of color copies of all photographs of Decedent ASA SULLIVAN's body taken by the City and County of San Francisco's Medical Examiner and agents of the SAN FRANCISCO POLICE DEPARTMENT, following the death of Mr. Sullivan. The parties request an Order be issued in compliance with California Code of Civil Procedure section 129, which states:

> "Notwithstanding any other provision of law, no copy, reproduction, or facsimile of any kind shall be made of any photograph, negative, or print, including instant photographs and video tapes, of the body, or any portion of the body, of a deceased person, taken by or for the coroner at the scene of death or in the course of a post mortem examination or autopsy made by or caused to be made by the coroner, except for use in a criminal action or proceeding in this state which relates to the death of that person, or except as a court of this state permits, by order after good cause has been shown and after written notification of the request for the court order has been served, at least five days before the order is made, upon the district attorney of the county in which the post mortem examination or autopsy has been made or caused to be made.
>
> This section shall not apply to the making of such a copy, reproduction, or facsimile for use in the field of forensic pathology, for use in medical, or scientific education or research, or for use by any law enforcement agency in this or any other state or the United States.
>
> This section shall apply to any such copy, reproduction, or facsimile, and to any such photograph, negative, or print, heretofore or hereafter made."

The parties agree that the proceedings in the above-entitled action relate to the death of ASA SULLIVAN. The parties respectfully request that the Court issue an Order allowing the release of color copies of all photographs of decedent ASA SULLIVAN's body taken by the San Francisco

STIPULATION AND (PROPOSED) ORDER TO RELEASE MEDICAL EXAMINER'S PHOTOGRAPHS     2
Case No. C 06 04686 JSW -

Medical Examiner as well as any photographs taken by agents of the San Francisco Police Department.

**SO STIPULATED.**

Dated:  May 16, 2007  **The Law Offices of John L. Burris**

/s/ Ben Nisenbaum
Ben Nisenbaum, Esq.
Attorney for Plaintiffs

Dated:  May 16, 2007  **Dennis J. Herrera, City Attorney**
**Joanne Hoepper, Chief Trial Attorney**
**Blake P. Loebs, Deputy City Attorney**

/s/ Blake P. Loebs
Blake P. Loebs,
Attorney for Defendants

### (PROPOSED) ORDER

Good cause shown, and the subject of the above-entitled action arising out of the death of decedent ASA SULLIVAN, the Court hereby grants the parties' stipulation and orders that color copies of all photographs taken by the San Francisco Medical Examiner, and/or its agents, and/or agents of the SAN FRANCISCO POLICE DEPARTMENT, of Decedent ASA SULLIVAN's body be released to the attorneys of record in the above-entitled action .

**IT IS SO ORDERED.**

Dated:  May 17, 2007

_Jeffrey S. White_
UNITED STATES DISTRICT COURT JUDGE