JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; PAUL MORGADO, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>Defendants.<br>_____/ | Case No. C 06 04686 JSW<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING TRIAL DATE AND PRE-TRIAL DATES** |

ALL PARTIES to this action hereby stipulate and agree, by and through their respective counsel, as follows:

1. Due to the timing of Plaintiffs' and Defendants' trial obligations in other cases, as well as timing issues beyond the control of the parties regarding the availability of certain discoverable materials, which are explained in detail below, the parties to this matter are hereby jointly requesting a brief extension of the trial date and various cut-off dates in this matter.

2. The current pre-trial order, a copy of which is attached as Exhibit A, provides for a June 2, 2008 trial date as well as the following pre-trial deadlines:

| | |
|---|---|
| Close of Non-Expert Discovery | 1/8/08 |
| Last Day For Expert Discovery | 3/10/08 |
| Last Day To Hear Dispositive Motions | 3/14/08 |
| Pretrial Conference | 5/12/08, 2 p.m. |
| Trial | 6/2/08 |

The current pre-trial order does not include a date for expert disclosures.

3. Both attorneys for Defendants have recently been involved in two separate lengthy federal trials that have just concluded, which prevented the parties from conducting any significant discovery during the months of August and September. During the preceding months, and in October 2007, the parties have, however, issued written discovery and taken the depositions of many of the witnesses in this matter. The depositions of individual parties have not yet been taken. In addition, certain discovery has just become available which the parties would like to have time to evaluate before concluding the final discovery in this matter. Specifically, the defendants have recently become aware that the Office of Citizen Complaints ("OCC") the Management Control Division of the San Francisco Police Department ("MCD") have completed their investigations of this matter, and therefore the Defendants have no further objection to disclosing certain materials from these files to the Plaintiffs, subject to the Protective Order already endorsed by the Court.[1] Defendants are in the process of copying the discoverable documents from these files and producing

---

[1] Defendants have taken the position that producing the contents of an on-going investigation would potentially compromise that investigation. Plaintiffs only became aware of the MCD investigation and some of its contents at the deposition of one of the witness police officers, taken on October 25, 2007.

Stipulation and (proposed) Order Continuing
Trial and Pre-Trial Dates
Case No. C 06 04686 JSW -

2

them to Plaintiffs. Plaintiffs, who have not yet taken the depositions of the defendant officers, require some time to review the material from these investigations before deposing the defendant officers. Plaintiffs' counsel currently has a trial scheduled for November 26th, which will make it difficult for Plaintiffs to review this material and depose the officers during the month of November and early December. In addition, depending on the nature of the material produced, Plaintiffs may need to issue additional discovery requests.

4. The parties have resolved their earlier discovery disputes through the specific meet-and-confer process required by the Court's order without requiring submission of a joint letter to the Court. The parties do not know whether the same will be true of potential disputes arising out of the remaining materials to be disclosed to Plaintiffs.

5. The parties agree that the short time frame between the anticipated taking of depositions of the defendant officers, the close of non-expert discovery, and the filing time requirements to hear dispositive motions necessitate a continuance of the pre-trial and trial dates.

6. In addition to the foregoing, Plaintiffs' counsel are set for trial in another wrongful-death matter on the same trial date as the instant-matter, June 2, 2008, in *Kim v. County of Alameda, et al.* Northern District Case No. C 07 01281 WHA.

7. Notwithstanding the *Kim* trial, good cause for the requested continuance is based upon the tight schedule for remaining discovery, which is a result of all counsel's other trial obligations as well as a matter beyond the control of the parties – the late availability of other investigative files regarding the subject incident in this case. In addition, because the original Pretrial Order did not include expert disclosure dates, an additional Pretrial Order is needed to set those dates.

8. Counsel for the parties have conferred extensively, and request that the previously set pre-trial and trial dates in this matter be vacated, and that the Court continue the trial date to a time of the Court's convenience, not sooner than September 15, 2008, with pre-trial dates for the close of non-expert discovery, expert discovery, and dispositive motions adjusted consistent with the requested continued trial dates. The parties jointly propose the following dates:

| | |
|---|---|
| Close of Non-Expert Discovery | 4/4/08 |
| Expert Disclosures | 5/2/08 |
| Last Day For Expert Discovery | 6/13/08 |
| Last Day To Hear Dispositive Motions | 6/20/08 |
| Pretrial Conference | (Three to four weeks prior to trial) |
| Trial (est. 3 weeks) | (On or after September 15, 2008 |

IT IS SO STIPULATED.

Dated: November 1, 2007          **The Law Offices of John L. Burris**


/s/ John L. Burris
John L. Burris
Attorney for Plaintiff

Dated: November 1, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
BLAKE P. LOEBS
Chief of Civil Rights Litigation
PETER J. KEITH
Deputy City Attorney


By //s// Blake P. Loebs
BLAKE P. LOEBS
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, in her official capacity,
JOHN KESSOR, MICHELLE ALVIS and
PAUL MORGADO

(~~PROPOSED~~) ORDER

Good cause appearing, the Court hereby orders that the dates listed in Part A of the Court's Pretrial Order issued on January 1, 2007, be amended as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | 4/4/08 |
| Expert Disclosures | 5/2/08 |
| Last Day For Expert Discovery | 6/13/08 |
| Last Day To Hear Dispositive Motions | ~~6/20/08~~ July 25, 2008 |
| Pretrial Conference | October 6, 2008 at 2:00 p.m. |
| Trial (est. 3 weeks) | October 27, 2008 at 8:30 a.m. |

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: November 5, 2007

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulation and (~~proposed~~) Order Continuing
Trial and Pre-Trial Dates
Case No. C 06 04686 JSW -