UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathleen Espinosa, et al., | No. C 06-4686 JSW (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| City and County of San Francisco, et al., | |
| Defendants. | |

The Court received the parties' joint statement regarding their discovery dispute, filed at Docket Number 36. The Court finds that the statement is premature, that the requests discussed are not yet due, and further that the dispute is inappropriate for resolution based on a joint statement. Accordingly, either party may file a formal noticed motion with regard to the matters discussed in this statement on or after March 24, 2008.

IT IS SO ORDERED.

DATED: March 11, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\06-4686\Order-36.wpd