JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200      Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; PAUL MORGADO, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>Defendants.<br>_____ / | Case No. C 06 04686 JSW<br><br>**ADMINISTRATIVE MOTION AND PROPOSED ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>**Time: 9:30 a.m.**<br>**Date: May 7, 2008**<br>**Courtroom: F**<br><br>Honorable Magistrate Judge James Larson |

**MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an Order to File

Documents Under Seal, including Plaintiffs Motion to Exceed Ten Depositions by Defendant CITY

PLAINITFFS' MOTION AND (PROPOSED) ORDER TO FILE DOCUMENTS UNDER SEAL - 1

and the accompanying Declaration of Benjamin Nisenbaum in support of Plaintiffs' Motion to

Exceed Ten Depositions.

Both the Motion to Exceed Ten Deposition and the Declaration of Benjamin Nisenbaum

necessarily contain information that has previously been ordered protected from public disclosure

under the Court's Order to File Documents Under Seal in Defendants Motion to Quash Subpoenas,

previously filed in this action.


Dated:  April 1, 2008                                    **The Law Offices of John L. Burris**

                                                         Ben Nisenbaum
                                                         Attorney for Plaintiff

**(PROPOSED) ORDER**

**PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER**, Plaintiffs' Motion to

Exceed Ten Depositions and the accompanying declaration of Benjamin Nisenbaum in support of

said motion, which include information and exhibits protected from public disclosure pursuant to the

Court's Order in Defendants' Motion for a Protective Order Quashing Subpoenas in this action, are

herewith ordered filed under seal pursuant to Local Rule 79-5.


        **IT IS SO ORDERED.**


Dated:   April 15, 2008

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE


PLAINITFFS' MOTION AND (PROPOSED) ORDER TO FILE  DOCUMENTS UNDER SEAL - 2