JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200        Facsimile:  (510) 839-3882

Attorneys for Plaintiffs


DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3868
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, in her official capacity,
JOHN KESSOR, MICHELLE ALVIS and
PAUL MORGADO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA; <br><br>             Plaintiffs, <br><br>      vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, | Case No.  C 06 04686 JSW <br><br>**FURTHER STIPULATION TO EXTEND MEDIATION DEADLINE** |

individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; PAUL MORGADO, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,

                    Defendants.

                                          /

## STIPULATION

On November 9, 2007, counsel for the parties to the above-entitled action participated in an ADR telephone conference regarding mediation of this matter. Previously, the Court granted the parties request to extend the ADR deadline in this case to October 8, 2007. The Court recently granted the parties request to continue the pre-trial and trial dates in this matter due to the substantial discovery remaining to be completed.

After meeting and confer with each other, and participating in an ADR telephone conference, counsel for the parties respectfully request that the ADR deadline to conduct mediation be further extended. Both sides remain entrenched in their respective positions. Counsel for the Defendants indicated to the Court at the Initial Case Management Conference that they intend to file a dispositive Motion for Summary Judgment against the Plaintiffs. The parties continue to believe ADR will be ineffective until after dispositive motions have been filed and decided. In the event that dispositive motions do not terminate this action, the parties respectfully request that they be allowed to participate in mediation through the Court's ADR process following rulings on such dispositive motions as may be filed in this matter.

**SO STIPULATED.**

Dated:  April 21, 2008                                         **The Law Offices of John L. Burris**

                                                                    /s/ Benjamin Nisenbaum
                                                                    Benjamin Nisenbaum, Esq.
                                                                    Attorney for Plaintiffs

| | |
|---|---|
| Dated: April 21, 2008 | **Dennis J. Herrera, City Attorney**<br>**Joanne Hoepper, Chief Trial Attorney**<br>**Blake P. Loebs, Deputy City Attorney**<br>**Peter J. Keith, Deputy City Attorney** |
| | /s/ Peter J. Keith<br>Peter J. Keith<br>Attorney for Defendants |

### (~~PROPOSED~~) ORDER

Good cause shown, based on the representation of counsel for the parties in their further joint stipulation, the Court hereby grants the parties' further stipulation and orders that the deadline to complete ADR through the Court-appointed mediation process in this matter be continued until a reasonable time, not exceeding ~~45~~ 30 days, after the Court rules on such dispositive motions as may be filed in this matter.

**IT IS SO ORDERED.**

Dated: April 23, 2008

/s/ Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE