IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, et al., | |
| Plaintiffs, | No. C 06-04686 JSW |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Defendants. | |

The Court has received Plaintiffs' administrative motion to file under seal his notice of motion and motion for summary judgment, his proposed order, and the Declaration of Benjamin Nisenbaum. Plaintiffs simply state generally, with respect to all of these documents, that they "necessarily contain information protected from public disclosure under the terms of the Stipulated Protective Order."

As a public forum, the Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality. Documents may not be filed under seal pursuant to blanket protective orders covering multiple documents. In addition, counsel should not attempt to seal entire pleadings or declarations without a particularized showing explaining why the request could not be more narrowly tailored. Any order granting a request to seal shall direct the sealing of only those documents, pages, or if practicable, those portions of documents or pages that contain the

information requiring confidentiality. All other portions of such documents shall remain in the public file. Civil L.R. 79-5(b) & cmt.

Given that the standard governing motions for summary judgment is not confidential, it is clear that Plaintiffs' request is over broad. Accordingly, the request is DENIED without prejudice. If Plaintiffs file another administrative motion to seal, Plaintiffs are admonished to make a sufficient showing, detailing which *specific portions*, if any, of the documents in question contain particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality.

**IT IS SO ORDERED.**

Dated: June 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2