JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200   Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA;<br><br>        Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; PAUL MORGADO, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>        Defendants.<br>_____/ | Case No.  C 06 04686 JSW<br><br>**ADMINISTRATIVE MOTION AND (PROPOSED) ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>Honorable Judge Jeffrey S. White |

**MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Pursuant to Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an Order to File Documents Under Seal, including only below-noted specified portions of the Declaration of

PLAINITFFS' MOTION AND (PROPOSED) ORDERTO FILE   DOCUMENTS UNDER SEAL - 1

Benjamin Nisenbaum in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or Partial Summary Judgement.

**V:** Only exhibits D, E, and F to the deposition of Alexander Jason, Exhibit V, consisting of photographs of decedent's body at the shooting scene should be field under seal. These should be sealed due to the graphic nature of the photographs.

Respectfully submitted,

Dated: July 3, 2008                **The Law Offices of John L. Burris**

/s/ Benjamin Nisenbaum
Ben Nisenbaum
Attorney for Plaintiff

### (PROPOSED) ORDER

**PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER**, the above-noted portions of the Declaration of Benjamin Nisenbaum in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or, Partial Summary Judgment, are herewith ordered filed under seal pursuant to Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: July 9, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE