DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3868
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, in her official capacity,
JOHN KESSOR, MICHELLE ALVIS and
PAUL MORGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN, A.S., by and through his Guardian ad Litem, NICOLE GUERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, in her capacity as Chief of Poice; JOHN KESSOR, MICHELLE ALVIS and PAUL MORGADO, et al.,<br><br>Defendants. | Case No. C06-4686 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE SECOND DECLARATION OF OFFICER JOHN KEESOR [IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT] |

1  Pursuant to the Administrative Request made under Civil Local Rules 79-5(b) and 7-11, IT IS
2  HEREBY ORDERED, that the Second Declaration of Officer John Keesor [in Support of Defendants'
3  Opposition to Plaintiffs' Motion for Summary Judgment/Partial Summary Judgment] be filed under
4  seal.
5  IT IS SO ORDERED.

Date: July 9, 2008

*Jeffrey S White*
The Honorable Jeffrey S. White
Judge of the United States District Court