IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, et al., | |
|     Plaintiffs, | No. C 06-04686 JSW |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER VACATING HEARING DATE** |
|     Defendants. | |

    The parties' cross-motions for summary judgment are currently set for hearing on Friday, July 25, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for July 25, 2008 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: July 24, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE