IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ESPINOSA, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 06-04686 JSW

**ORDER SETTING (1) FURTHER CASE MANAGEMENT CONFERENCE AND (2) ALTERNATIVE DISPUTE RESOLUTION DEADLINE**

Now that the appeal of the Court's Order on the parties' cross-motions for summary judgment has been completed resolved, the Court HEREBY SCHEDULES a further case management conference for April 13, 2012 at 1:30 p.m. The parties shall file their joint case management statement by no later than April 6, 2012. The Court FURTHER ORDERS that the deadline for the parties to participate in ADR is March 30, 2012.

**IT IS SO ORDERED.**

Dated: January 31, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE