# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHLEEN ESPINOSA, et al.,**<br><br>   Plaintiffs,<br><br>   vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, et al**<br><br>   Defendant. | **Case No.: C 06-4686 JSW**<br><br>**ORDER** |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: July 2, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**