**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KATHLEEN ESPINOSA, et al.,** | **Case No.: C 06-4686 JSW** |
| Plaintiffs, | **ORDER** |
| vs. | |
| **CITY AND COUNTY OF SAN FRANCISCO, et al** | |
| Defendant. | |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: July 2, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**