DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
PETER J. KEITH, State Bar #206482
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3868 – Loebs
Telephone:  (415) 554-3908 - Keith
Facsimile:   (415) 554-3837
E-Mail:      blake.loebs@sfgov.org
E-Mail:      peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
HEATHER FONG, in her official capacity,
JOHN KEESOR, MICHELLE ALVIS and
PAUL MORGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, as a personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, in her capacity as Chief of Police; JOHN KESSOR, MICHELLE ALVIS and PAUL MORGADO, et al.,<br><br>Defendants. | Case No. C06-04686 JSW<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE**<br><br>Trial Date:  April 29, 2013 |

[Proposed] Order Granting Defs.' Administrative Motion To Continue Trial Date ; Case No. C06-04686 JSW          1          n:\lit\li2012\061556\00827425.doc

**[PROPOSED] ORDER**

Good cause appearing, the Court shall continue the trial of this matter from April 29, 2013 to December 2, 2013. The pretrial conference shall remain scheduled on April 1, 2013. This Order is without prejudice to the parties moving to continue the pretrial conference upon a showing of good cause.

**IT IS SO ORDERED.**

DATED: February 21, 2013

*Jeffrey S. White*
HONORABLE JEFFREY WHITE
United States District Judge