JOHN L. BURRIS, STATE BAR NO. 69888
BENJAMIN NISENBAUM (SBN 222173)
ADANTE DE POINTER (SBN 236229)
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Road, Suite 1120
Oakland, California 94621
Telephone:    510.839.5200
Facsimile:    510.839.3882
Email: bnisenbaum@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN ESPINOSA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No.: C06-04686 JSW <br><br> **PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY OF DEFENSE EXPERT WITNESS, EMILY A. KERAM, M.D., REFERENCES TO "SUICIDE BY COP" AND PRIOR BAD ACTS EVIDENCE** <br><br> Trial Date: December 2, 2013 <br> Trial:  8:00 a.m. <br> Pretrial Conf.: April 1, 2013 <br> Time:  2:00 p.m. <br> Courtroom 11, 19th Floor <br> The Honorable Jeffrey S. White |

Plaintiffs' Motion in Limine No. 1 to Exclude Testimony of E. Keram, Suicide by Cop, et al, Espinosa v. City and County of San Francisco, Case No.  C06-04686 JSW

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA;<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JOHN KEESOR, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MICHELLE ALVIS, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; PAUL MORGADO, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>　　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　　／ | Case No.  C 06 04686 JSW<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY OF DEFENSE EXPERT WITNESS, EMILY A. KERAM, M.D., REFERENCES TO "SUICIDE BY COP"AND PRIOR BAD ACTS EVIDENCE**<br><br>Trial Date: December 2, 2013<br>Trial: 8:00 a.m.<br>Pretrial Conf.: April 1, 2013<br>Time: 2:00 p.m.<br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White<br><br>　**FILED UNDER SEAL** |

Regarding:　**PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY OF DEFENSE EXPERT WITNESS, EMILY A. KERAM, M.D., REFERENCES TO "SUICIDE BY COP"AND PRIOR BAD ACTS EVIDENCE**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

1

1 | [_] Unable to Scan Documents

3 | [_] Physical Object (description): _____

6 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

8 | [  ] Item Under Seal:

10 | [_] Conformance with the Judicial Conference Privacy Policy: **The security of sensitive health information about Asa Sullivan transmitted electronically. In response to these concerns for privacy protection, the document was filed under seal.**

14 | [_] Other (description): _____