JOHN L. BURRIS, STATE BAR NO. 69888
BENJAMIN NISENBAUM (SBN 222173)
ADANTE DE POINTER (SBN 236229)
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Road, Suite 1120
Oakland, California  94621
Telephone:     510.839.5200
Facsimile:      510.839.3882
Email: bnisenbaum@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN ESPINOSA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No.: C06-04686 JSW<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE OR LIMIT THE TESTIMONY OF DEFENSE EXPERT, ALEXANDER JASON**<br><br>Trial Date: December 2, 2013<br>Trial:  8:00 a.m.<br>Pretrial Conf.: April 1, 2013<br>Time:  2:00 p.m.<br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

Plaintiffs' Motion in Limine No. 2 to Exclude or Limit Testimony of Alexander Jason
Espinosa v. City and County of San Francisco, Case No.   C06-04686 JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN SULLIVAN, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants. | Case No.: C06-04686 JSW<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE OR LIMIT THE TESTIMONY OF DEFENSE EXPERT, ALEXANDER JASON**<br><br>Trial Date: December 2, 2013<br>Trial:  8:00 a.m.<br>Pretrial Conf.: April 1, 2013<br>Time:  2:00 p.m.<br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

Regarding:  **PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE OR LIMIT THE TESTIMONY OF DEFENSE EXPERT, ALEXANDER JASON**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

Plaintiffs' Motion in Limine No. 2 to Exclude or Limit Testimony of Alexander Jason
Espinosa v. City and County of San Francisco, Case No.   C06-04686 JSW

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ **X** ] Item Under Seal: **SUBJECT TO PROTECTIVE ORDER**

[_] Conformance with the Judicial Conference Privacy Policy:

[_] Other (description): _____

Plaintiffs' Motion in Limine No. 2 to Exclude or Limit Testimony of Alexander Jason
Espinosa v. City and County of San Francisco, Case No. C06-04686 JSW