DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
PETER J. KEITH, State Bar #206482
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868 – Loebs
Telephone:     (415) 554-3908 - Keith
Facsimile:      (415) 554-3837
E-Mail:           blake.loebs@sfgov.org
E-Mail:           peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
HEATHER FONG, in her official capacity,
JOHN KEESOR, MICHELLE ALVIS and
PAUL MORGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, as a personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, in her capacity as Chief of Police; JOHN KESSOR, MICHELLE ALVIS and PAUL MORGADO, et al.,<br><br>Defendants. | Case No. C06-04686 JSW (JCS)<br><br>**[PROPOSED] ORDER EXCUSING OFFICER PAULO MORGADO FROM ATTENDING SETTLEMENT CONFERENCE**<br><br>Hearing Date:     September 25, 2013<br>Time:                   9:30 a.m.<br>Place:                  Courtroom G, 15th Floor<br>                             Hon. Joseph C. Spero<br><br>Trial Date:          December 2, 2013 |

1  FOR GOOD CAUSE SHOWN, the Court issues the following Order:

2  After careful consideration of the request of Defendants' counsel, the Court has determined that
3  Officer Paulo Morgado is excused from attending the settlement conference scheduled for September
4  25, 2013.

6  DATED: 09/20/13

HON. JO...
United Sta...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

[Proposed] Order Excusing Morgado from Settl Conf    2    n:\lit\li2012\061556\00873908.doc
CASE NO. C06-04686 JSW