IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ESPINOSA, et al.,

    Plaintiffs,                               No. C 06-04686 JSW

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,                  **ORDER REGARDING LETTER REQUESTING RECUSAL**

    Defendants.
_____/

On November 7, 2013, the Court received a letter from Plaintiffs' counsel requesting that the undersigned recuse himself due to the fact that his son is a deputy city attorney with the San Francisco City Attorney's Office. Out of an abundance of caution, the Court sought a formal opinion from the Committee on Codes of Conduct regarding the request for recusal. The Committee issued a thorough opinion finding that recusal is not warranted. Theefore, the Court denies Plaintiff's request for recusal. The letter from the Committee on Codes of Conduct is attached.

**IT IS SO ORDERED.**

Dated: December 2, 2013

                                                JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

Case3:06-cv-04686-JSW   Document352   Filed12/02/13   Page2 of 2