IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ESPINOSA, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 06-04686 JSW

**ORDER REGARDING LETTER REQUESTING RECUSAL**

On November 7, 2013, the Court received a letter from Plaintiffs' counsel requesting that the undersigned recuse himself due to the fact that his son is a deputy city attorney with the San Francisco City Attorney's Office. Out of an abundance of caution, the Court sought a formal opinion from the Committee on Codes of Conduct regarding the request for recusal. The Committee issued a thorough opinion finding that recusal is not warranted. Theefore, the Court denies Plaintiff's request for recusal. The letter from the Committee on Codes of Conduct is attached.

**IT IS SO ORDERED.**

Dated: December 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE