DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868 – Loebs
Telephone: (415) 554-3908 - Keith
Facsimile: (415) 554-3837
E-Mail: blake.loebs@sfgov.org
E-Mail: peter.keith@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
HEATHER FONG, in her official capacity,
JOHN KEESOR, MICHELLE ALVIS and
PAUL MORGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, as a personal representative of the Estate of decedent ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, in her capacity as Chief of Police; JOHN KESSOR, MICHELLE ALVIS and PAUL MORGADO, et al.,<br><br>Defendants. | Case No. C06-04686 JSW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE; DECLARATION; ~~PROPOSED~~ ORDER**<br><br>**[UNOPPOSED]**<br><br>Trial Date: September 7, 2014<br><br>Current Pretrial Conf.: February 10, 2014 |

**RELIEF REQUESTED**

The Court continued the trial date in this matter from March 10 to September 8, 2014, but the final pretrial conference date was not continued and remains set for February 10, 2014. Defendants respectfully request that the pretrial conference be continued to either August 18 or August 25, 2014. Plaintiffs do not oppose the request. (Keith Decl. ¶ 3.)

## BACKGROUND

This matter was set for trial in December 2013, but the Court continued the trial on its own motion to March 10, 2014, with a final pretrial conference set for February 10, 2014. (Doc. 347.)

After trial was set for March 10, 2014, Plaintiffs requested a continuance due to Plaintiffs' counsel's pre-existing trial date, and Defendants stipulated to the continuance. The Court granted the stipulated request and continued trial to September 8, 2014. (Doc. 353.) However, the stipulation and order were silent concerning the final pretrial conference date, and therefore the final pretrial conference remains on calendar for its original date, February 10, 2013 at 2 p.m.

## GOOD CAUSE EXISTS TO CONTINUE THE FINAL PRETRIAL CONFERENCE

Defendants respectfully request that the final pretrial conference be continued to a date closer to trial. Plaintiffs do not oppose the request. (Keith Decl. ¶ 2.)

Good cause exists because defendants' lead trial counsel, Deputy City Attorney Blake Loebs, is having back surgery tomorrow, the date of which just had to be advanced due to his increasing symptoms, and his recovery time is expected to last for more than three weeks, past February 10. (Keith Decl. ¶ 3.) Therefore, there is a need to continue the pretrial conference.

Defendants respectfully suggest that the final pretrial conference be continued to a date closer to trial. Defendants note that the Court already held one final pretrial conference and that many legal matters such as motions in limine were already resolved as a result. (Doc. 309 (civil minute order), Doc. 336 (further ruling on motions in limine).) Therefore, the parties and the Court have already obtained the benefit of an early final pretrial conference. Moving the currently scheduled final pretrial conference closer to trial would more effectively permit the Court and the parties to address logistics, scheduling, and any new matters that may arise over the next several months that will affect the conduct of trial. (Keith Decl. ¶ 4.)

Therefore, Defendants respectfully propose that the final pretrial conference be set for Monday August 18, 2014 at 2pm, or alternatively Monday August 25, 2014 at 2pm. Counsel anticipates not being available on August 11, 2014. (Keith Decl. ¶ 5.)

//

# CONCLUSION

For the reasons discussed above Defendants respectfully request that the pretrial conference in this matter be continued from February 10, 2014 to either August 18, 2014 or August 25, 2014 at 2:00 pm.

Dated: January 28, 2014

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        BLAKE P. LOEBS
        PETER J. KEITH
        Deputy City Attorneys

By: */s/ Peter J. Keith*
        PETER J. KEITH
        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO
        HEATHER FONG, in her official capacity,
        JOHN KEESOR, MICHELLE ALVIS and
        PAUL MORGADO

# DECLARATION OF PETER J. KEITH

I, Peter J. Keith, declare:

1. I am a Deputy City Attorney with the City and County of San Francisco. I have personal knowledge of the contents of this declaration, and, if called upon to testify, I could and would testify competently to the contents of this declaration.

2. On January 27, I informed Plaintiffs' counsel Ben Nisenbaum of Defendants' request for a continuance and proposed dates, and Mr. Nisenbaum informed me that Plaintiffs do not oppose this request.

3. My colleague Deputy City Attorney Blake Loebs and I are the two attorneys assigned to respresent Defendants at trial, with Mr. Loebs as the lead counsel. Mr. Loebs informed me that he is having back surgery tomorrow, the date of which just had to be advanced due to his increasing symptoms, and his recovery time is expected to last for more than three weeks, past February 10.

4. In my experience, a pretrial conference would likely be more effective for the parties and the Court closer to trial. I expect that closer to trial counsel will know more about matters like

witness availability and scheduling, as well as any appellate decisions that might bear on trial.  In addition, unforeseen matters may arise in the next several months that may need to be addressed closer to trial.  Therefore, I expect it to be more efficient for the Court, counsel, and parties to continue the final pretrial conference to a date closer to trial.

5. I am unlikely to be available on Monday August 11 due to vacation plans.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed, January 28, 2014, at San Francisco, California.

                                               */s/ Peter J. Keith*
                                               PETER J. KEITH

**[PROPOSED] ORDER**

GOOD CAUSE SHOWN, the Court hereby continues the pre-trial conference in this action from February 10, 2014 at 2 p.m. to August ~~18~~ 4, 2014 at 2 p.m.

IT IS SO ORDERED.

Dated: February 4, 2014                                */s/ Jeffrey S. White*
                                            HONORABLE JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE