JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, individually and as personal representative of the Estate of Asa Sullivan ASA SULLIVAN; A.S., by and through his Guardian ad Litem, NICOLE GUERRA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al.,<br><br>Defendants.<br>_____ / | Case No. C 06 04686 JSW<br><br>**PLAINTIFFS' WITNESSES TO BE READ TO JURY**<br><br>Trial Date: September 8, 2014<br>Time: 8:00 p.m.<br>Courtroom 5, 2nd floor<br><br>Honorable Jeffrey S. White |

PLAINTIFFS HEREBY SUBMIT the Court's requested list of witnesses to be read to the jury:

Jason Martin: Lived at 2 Garces Drive, where the shooting occurred, present when shooting occurred, friend of Asa Sullivan.

Kathleen Espinosa: Asa Sullivan's mother.

Paolo Morgado: One of the Defendant San Francisco Police Officers.

John Keesor: One of the Defendant San Francisco Police Officers.

Michelle Alvis: One of the Defendant San Francisco Police Officers

Jarrett Schenk: One of the lease-holders of 2 Garces Drive

Bryant Gudor: The other lease-holder of 2 Garces Drive

1  Erik Leung:  A San Francisco Police Officer who was at 2 Garces Drive when the shooting
2  happened.
3  Tracy McCray:  A San Francisco Police Sergeant who arrived at 2 Garces Drive shortly
4  before the shooting happened.
5  Darren Choy: A San Francisco Police Sergeant who was at 2 Garces Drive when the shooting
6  happened.
7  Ronan Shouldice:  A San Francisco Police Department Crime Scene Unit Inspector.
8  Paul Falconer:  A San Francisco Police Department Crime Scene Unit Inspector.
9  Daniel Cunningham:  A San Francisco Police Department Crime Scene Unit Inspector.
10 Collen Vignati:  A neighbor of 2 Garces at Park Merced Villas.
11 Margarita Wynn:  The property manager at Park Merced Villas, including 2 Garces Drive.
12 David Russell:  An occupant of 2 Garces Drive around the time of the shooting.
13 Mark Proia:  A San Francisco Police Department Crime Lab technician.
14 Linda Abuan:  A San Francisco Police Department Crime Lab technician.
15 Manuel Chanez:  A security guard assigned to work at Park Merced Villas.
16 Roberto Castillo:  A security guard assigned to work at Park Merced Villas.
17 Venus Azar, M.D.:  The San Francisco Medical Examiner who conducted the autopsy of Mr.
18 Sullivan.
19 Karina Mathison:  A neighbor of 2 Garces at Park Mercied Villas.
20 Lou Reiter:  A former Deputy Chief at the Los Angeles Police Department. Plaintiffs' Police
21 Practices Expert Witness.
22 Douglas Tucker, M.D.:  Plaintiffs forensic neuropsychologist expert.
23 Brian Carr:  Human Resources Director at Goodwill.
24 Donald Jingles:  A masonry worker.
25 Angela Wilson: A case manager for the San Franciso Sheriff's Department Post-Release
26 Education Program.
27 Kahlil Sullivan:  One of Asa Sullivan's brothers.
28 Sengh Sullivan:  Another one of Asa Sullivan's brothers.

1     T'Sha Sullivan:  Asa Sullivan's sister.

2     Dawn Sullivan:  Asa Sullivan's aunt.

3     Nicole Guerra:  Asa Sullivan's girlfriend, the mother of his child, Minor Plaintiff Asa Sullivan.

5     Carolyin Hastings:  Nicole Guerra's mother, Minor Plaintiff Asa Sullivan's grandmother.

6     Lucinda Martin (formerly: Quiles): Nicole Guerra's sister.

7     Kim Schwarze:  A friend of Nicole Guerra's.

8     Victor Warren:  A family friend of Asa Sullivan's.

9     Jamel Alfaro:  An old friend of Asa Sullivan's.

10     Yvette Rekow (formerly: Weiler):  A family friend of Asa Sullivan's.

11     Nelson Espinosa:  Kathleen Espinosa's husband.

12     Yvonne Savine:  A friend of Nicole Guerra's.

13     Samantha Young:  Kathleen Espinosa's adopted daughter.

14     Rochelle Sullivan:  Kathleen Espinosa's former sister-in-law.

15     Cesar Baca:  A friend of Asa Sullivan's.

16     Denise Gristi:  A family friend of Asa Sullivan's.

17     Nrumah Zazaboi:  A friend of Asa Sullivan's.

18     Marcus Hopkins:  A friend of Asa Sullivan's.

19     Jeff Larry:  A family friend of Asa Sullivan's.

20     Heather Fong: Chief of the San Francisco Police Department at the time Asa Sullivan was killed.

Respectfully submitted,

Dated:  August 11, 2014     **THE LAW OFFICES OF JOHN L. BURRIS**

    _____/s/_____
    Ben Nisenbaum, Esq.
    Attorney for Plaintiffs