UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ESPINOSA, et al.,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

Case No. C-06-4686   JSW

**ORDER TO FURNISH DAILY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the nine (9) members of the jury in the above-entitled matter beginning Monday, September 8, 2014, for the duration of the trial, at the expense of the United States. The trial will be held in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, CA.

IT IS SO ORDERED.

Dated: August 28, 2014

JEFFREY S. WHITE
United States District Judge