DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868 – Loebs
Telephone:     (415) 554-3908 - Keith
Facsimile:      (415) 554-3837
E-Mail:         blake.loebs@sfgov.org
E-Mail:         peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
HEATHER FONG, in her official capacity,
JOHN KEESOR, MICHELLE ALVIS and
PAUL MORGADO

JOHN L. BURRIS, Esq.,   State Bar No. 69888
BENJAMIN NISENBAUM, Esq., State Bar No. 222173
The Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:     (510) 839-5200
Facsimile:      (510) 839-3882
E-Mail:         bnisenbaum@gmail.com
Attorneys for Plaintiffs

KATHLEEN ESPINOSA, individually and as personal representative
of the Estate of decedent ASA SULLIVAN,
A.S., By and through his Guardian ad Litem, NICOLE GUERRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ESPINOSA, as a personal representative of the Estate of decedent ASA SULLIVAN, et al., | Case No. C06-04686 JSW |
| Plaintiffs, | **JOINT TRIAL EXHIBIT LIST [REVISED 9/5/2014]** |
| vs. | Trial Date:             September 8, 2014 |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

1    Pursuant to the direction of the courtroom deputy, the parties hereby submit the following joint

2  exhibit list updated to: reflect the court's pretrial rulings excluding any exhibits; revise exhibit

3  descriptions; and eliminate duplicate exhibits.

4  Dated:  September 5, 2014

5                                      DENNIS J. HERRERA
                                       City Attorney
6                                      CHERYL ADAMS
                                       Chief Trial Deputy
7                                      BLAKE P. LOEBS
                                       PETER J. KEITH
8                                      Deputy City Attorneys

9

10                              By:_____/s/  Peter J. Keith_____
                                       PETER J. KEITH
11
                                   Attorneys for Defendants
12
   Dated:  September 5, 2014
13
                                   THE LAW OFFICES OF JOHN L. BURRIS
14

15                              By: _____/s/  Benjamin Nisenbaum_____
                                       BENJAMIN NISEMBAUM, ESQ.
16
                                   Attorneys for Plaintiffs
17

18

19        [exhibit list begins on following page]

20

21

22

23

24

25

26

27

28

**EXHIBIT LIST**

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 1. | Physical evidence: Bloody shirt from SFPD Property | | | |
| 2. | Physical evidence: Bloody pants from SFPD Property | | | |
| 3. | Physical evidence: Illegal knife from SFPD Property | | | |
| 4. | Physical evidence: Watch from SFPD Property | | | |
| 5. | Physical evidence: Contents of glasses case: pipe, Visine from SFPD Property | | | |
| 6. | Physical evidence: Eye Glasses case from SFPD Property | | | |
| 7. | Physical evidence: Eye Glasses from SFPD Property | | | |
| 8. | Physical evidence: San Mateo County Probation Business Card from SFPD Property | | | |
| 9. | Physical evidence: Contents of Pockets recovered by Coroner | | | |
| 10. | Photos taken by Ronan Shouldice: 039596-R1-11A.jpg – hand | | | |
| 11. | Photos taken by Ronan Shouldice: 039596-R1-12A.jpg – Sullivan in attic | | | |
| 12. | Photos taken by Ronan Shouldice: 039596-R1-13A.jpg – Sullivan in attic | | | |
| 13. | Photos taken by Ronan Shouldice: 039596-R1-14A.jpg – Sullivan in attic from his left side | | | |
| 14. | Photos taken by Ronan Shouldice: 039596-R1-15A.jpg – attic | | | |
| 15. | Photos taken by Ronan Shouldice: 039596-R1-17A.jpg – Sullivan in attic from his left side | | | |
| 16. | Photos taken by Ronan Shouldice: 039596-R1-18A.jpg – Sullivan in attic from his left side | | | |
| 17. | Photos taken by Ronan Shouldice: 039596-R1-19A.jpg – Ceiling | | | |
| 18. | Photos taken by Ronan Shouldice: 039596-R1-20A.jpg – Ceiling | | | |
| 19. | Photos taken by Ronan Shouldice: 039596-R1-21A.jpg – Ceiling | | | |
| 20. | Photos taken by Ronan Shouldice: 039596-R1-22A.jpg – Open closet and doorway | | | |
| 21. | Photos taken by Ronan Shouldice: 039596-R1-23A.jpg – Open closet and window | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 22. | Photos taken by Ronan Shouldice: 039596-R1-24A.jpg – Ceiling with open closet, doorway, and window | | | |
| 23. | Photo from Medical Examiner: 039628-R1-1 bullet | | | |
| 24. | Photo from Medical Examiner: 039628-R1-2 bullet | | | |
| 25. | Photo from Medical Examiner: 039628-R1-3 bullet | | | |
| 26. | Photo from Medical Examiner: 039628-R1-4 bullet | | | |
| 27. | Photo from Medical Examiner: 039628-R1-5 bullet | | | |
| 28. | Photo from Medical Examiner: 039628-R1-6 bullet | | | |
| 29. | Photo from Medical Examiner: 039628-R1-7 bullet | | | |
| 30. | Photo from Medical Examiner: 039628-R1-8 bullet | | | |
| 31. | Photo from Medical Examiner: 039628-R1-9 bullet | | | |
| 32. | Photo from Medical Examiner: 039628-R1-10 bullet | | | |
| 33. | Photo from Medical Examiner: 039628-R1-11 bullet | | | |
| 34. | Photo from Medical Examiner:039628-R1-12 bullet | | | |
| 35. | Photo from Medical Examiner: 039605-R1-5 Length of Sullivan right side, in clothes and bag around right hand | | | |
| 36. | Photo from Medical Examiner: 039605-R1-6  Length of Sullivan left side, in clothes and bag around left hand | | | |
| 37. | Photo from Medical Examiner: 039605-R1-7 Bottom of Sullivan's boots | | | |
| 38. | Photo from Medical Examiner: 039605-R1-8 Bullet from body pouch | | | |
| 39. | Photo from Medical Examiner: 039605-R1-9 Bullet fragment from body pouch | | | |
| 40. | Photo from Medical Examiner: 039605-R1-10 Close up of right hand (outside view of fingers) | | | |
| 41. | Photo from Medical Examiner: 039605-R1-11 Close up of right hand (inside view) | | | |
| 42. | Photo from Medical Examiner: 039605-R1-12Close up of left hand (inside view) | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 43. | Photo from Medical Examiner: 039605-R1-13 Close up of left hand (outside view of fingers) | | | |
| 44. | Photo from Medical Examiner: 039605-R1-14 Head shot, straight on view | | Excluded (8/4/14) | |
| 45. | Photo from Medical Examiner: 039605-R1-15 Close up of right side of face/eye, straight on view | | Excluded (8/4/14) | |
| 46. | Photo from Medical Examiner: 039605-R1-16 Close up of left side of face/eye, straight on view | | Excluded (8/4/14) | |
| 47. | Photo from Medical Examiner: 039605-R1-17 Close up of both eyes, straight on view | | Excluded (8/4/14) | |
| 48. | Photo from Medical Examiner: 039605-R1-18 head shot, straight on view, rod through bridge of nose | | Excluded (8/4/14) | |
| 49. | Photo from Medical Examiner: 039605-R1-19 contents of Sullivan's pockets | | | |
| 50. | Photo from Medical Examiner: 039605-R1-20 Close up of inside right hand and forearm | | | |
| 51. | Photo from Medical Examiner: 039605-R1-21 Close up of outside right hand, small cut on thumb/forefinger | | | |
| 52. | Photo from Medical Examiner: 039605-R1-22 inside view of left hand/forearm | | | |
| 53. | Photo from Medical Examiner: 039605-R1-23 outside of Sullivan's left hand, thumb measurement | | | |
| 54. | Photo from Medical Examiner: 039605-R1-24 bullet from clothing (t-shirt) | | | |
| 55. | Photo from Medical Examiner: 039605-R1-25 view of length of right side of Sullivan's body, lying on back | | Excluded (8/4/14) | |
| 56. | Photo from Medical Examiner: 039605-R2-1A Gunshot wound neck below right ear | | Excluded (8/4/14) | |
| 57. | Photo from Medical Examiner: 039605-R2-2A Sullivan prone, left side of length of body | | Excluded (8/4/14) | |
| 58. | Photo from Medical Examiner: 039605-R2-3A Gunshot wounds to left side/back of Sullivan's head/neck/ear/jaw | | Excluded (8/4/14) | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 59. | Photo from Medical Examiner: 039605-R2-4A Gunshot wounds to Sullivan's side torso, with measurement | | Excluded (8/4/14) | |
| 60. | Photo from Medical Examiner: 039605-R2-5A two gunshot wounds to Sullivan underneath left armpit | | Excluded (8/4/14) | |
| 61. | Photo from Medical Examiner: 039605-R2-6A gunshot wound to Sullivan, location unclear | | Excluded (8/4/14) | |
| 62. | Photo from Medical Examiner: 039605-R2-7A.jpg – Left arm/elbow | | | |
| 63. | Photo from Medical Examiner: 039605-R2-8A close up R2-7A gsw, with measurement | | | |
| 64. | Photo from Medical Examiner: 039605-R2-9A.jpg – Left forearm | | | |
| 65. | Photo from Medical Examiner: 039605-R2-10A Gunshot wound to Sullivan | | Excluded (8/4/14) | |
| 66. | Photo from Medical Examiner: 039605-R3-1A close up of profile of right side of Sullivan's face, with measurement | | | |
| 67. | Photo from Medical Examiner: 039605-R3-2A.jpg – Right profile | | | |
| 68. | Photo from Medical Examiner: 039605-R3-3A tattoo on Sullivan's arm "Carmela", with measurement | | | |
| 69. | Photo from Medical Examiner: 039605-R3-4A length of Sullivan's left side, supine position, no clothes. | | Excluded (8/4/14) | |
| 70. | Photo from Medical Examiner: 039605-R3-5A right side profile of Sullivan's face/head, gsws. | | | |
| 71. | Photo from Medical Examiner: 039605-R3-6A Close up of gsws in R3-5A, with measurements | | Excluded (8/4/14) | |
| 72. | Photo from Medical Examiner: 039605-R3-7A different angle of R3-6A | | Excluded (8/4/14) | |
| 73. | Photo from Medical Examiner: 039605-R3-8AClose up of gsw behind left ear. | | Excluded (8/4/14) | |
| 74. | Photo from Medical Examiner: 039605-R3-10A gsws to Sullivan's head, with measurement | | Excluded (8/4/14) | |
| 75. | Photo from Medical Examiner: 039605-R3-11A gsw to Sullivan's forehead, with measurement | | Excluded (8/4/14) | |
| 76. | Photo from Medical Examiner: 039605-R3-12A gsw to Sullivan's chest, graze | | Excluded (8/4/14) | |

| | EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 77. | Photo from Medical Examiner: 039605-R3-14A close up of gsw to Sullivan's chest, graze, with measurement | | Excluded (8/4/14) | |
| 3 | | | | | |
| 4 | 78. | Photo from Medical Examiner: 039605-R3-15A gsws to Sullivan's left arm, inside view | | | |
| 5 | 79. | Photo from Medical Examiner: 039605-R3-16A close up of R3-15A, with measurement | | | |
| 6 | | | | | |
| 7 | 80. | Photo from Medical Examiner: 039605-R3-17A close up of gsw to forearm, with measurement | | | |
| 8 | 81. | Photo from Medical Examiner: 039605-R3-18A.jpg – Legs [REDACTED] | | | |
| 9 | | | | | |
| 10 | 82. | Photo from Medical Examiner: 039605-R3-19A close up of gsw to Sullivan's leg, with measurement | | Excluded (8/4/14) | |
| 11 | | | | | |
| 12 | 83. | Photo from Medical Examiner: 039605-R3-21A close up of gsw and abrasion, with measurement | | Excluded (8/4/14) | |
| 13 | 84. | Photo from Medical Examiner: 039605-R3-22A close up of gsw, with measurement | | Excluded (8/4/14) | |
| 14 | | | | | |
| 15 | 85. | Photo from Medical Examiner: 039605-R3-23A length of right side of Sullivan's body, prone | | Excluded (8/4/14) | |
| 16 | 86. | Photo from Medical Examiner: 039605-R3-24A close up of gsw to right side of Sullivan's neck, with measurement | | Excluded (8/4/14) | |
| 17 | | | | | |
| 18 | 87. | Photo taken by Alexander Jason: Alvis.jpg – Position in attic | | | |
| 19 | 88. | Photo taken by Alexander Jason: D30_0041.jpg – Rafters | | | |
| 20 | 89. | Photo taken by Alexander Jason: D30_0045.jpg – Rafters | | | |
| 21 | 90. | Photo taken by Alexander Jason: D30_0058.jpg – Rafters | | | |
| 22 | 91. | Photo taken by Alexander Jason: D30_0060.jpg – Rafters | | | |
| 23 | 92. | Photo taken by Alexander Jason: D30_0066.jpg – Rafters | | | |
| 24 | 93. | Photo taken by Alexander Jason: D30_0069.jpg – Rafters | | | |
| 25 | 94. | Photo taken by Alexander Jason: D30_0076.jpg – Rafters | | | |
| 26 | 95. | Photo taken by Alexander Jason: D30_0099.jpg – Rafters | | | |
| 27 | 96. | Photo taken by Alexander Jason: D30_0102.jpg – Rafters | | | |
| 28 | | | | | |

| | EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
| 97. | | Photo taken by Alexander Jason: D30_0103.jpg – Rafters | | | |
| 98. | | Photo taken by Alexander Jason: D30_0106.jpg – Rafters | | | |
| 99. | | Photo taken by Alexander Jason: D30_0116.jpg – Rafters | | | |
| 100. | | Photo taken by Alexander Jason: D30_0117.jpg – Rafters | | | |
| 101. | | Photo taken by Alexander Jason: D30_0118.jpg – Rafters | | | |
| 102. | | Photo taken by Alexander Jason: D30_0120.jpg – Rafters | | | |
| 103. | | Photo taken by Alexander Jason: D30_0123.jpg – Rafters | | | |
| 104. | | Photo taken by Alexander Jason: D30_0126.jpg – Rafters | | | |
| 105. | | Photo taken by Alexander Jason: D30_0833.jpg – Rafters and officers Morgado Position | | | |
| 106. | | Photo taken by Alexander Jason: D30_0837.jpg – Rafters | | | |
| 107. | | Photo taken by Alexander Jason: D30_0845.jpg – Rafters and officers Oshita Position | | | |
| 108. | | Photo taken by Alexander Jason: D30_0853.jpg – Rafters and officers Alvis POV | | | |
| 109. | | Photo taken by Alexander Jason: D30_0855.jpg – Rafters and officers | | | |
| 110. | | Photo taken by Alexander Jason: D30_0868.jpg – Rafters and Alvis | | | |
| 111. | | Photo taken by Alexander Jason: D30_0887.jpg – Rafters and officers Alvis POV | | | |
| 112. | | Photo taken by Alexander Jason: D30_0890.jpg – Rafters and officers Morgado POV | | | |
| 113. | | Photo taken by Alexander Jason: D30_0899.jpg – Rafters and officers Keesor POV | | | |
| 114. | | Photo taken by Alexander Jason: D30_0911.jpg – Rafters and officers | | | |
| 115. | | Photo taken by Alexander Jason: D30_0923.jpg – Rafters | | | |
| 116. | | Photo taken by Alexander Jason: D30_0925.jpg – View of room | | | |
| 117. | | Photo taken by Alexander Jason: D30_1091.jpg – Eyeglass case | | | |
| 118. | | Photo taken by Alexander Jason: D30_1092.jpg – Eyeglass case open | | | |
| 119. | | Photo taken by Alexander Jason: D30_1093.jpg - Eyeglass | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 120. | Photo taken by Alexander Jason: D30_1094.jpg  - Eyeglass | | | |
| 121. | Photo taken by Alexander Jason: D30_1095.jpg  - Eyeglass | | | |
| 122. | Photo taken by Alexander Jason: D30_1096.jpg – Eyeglass case back/hinge | | | |
| 123. | Photo taken by Alexander Jason: D30_1099.jpg  - Eyeglass | | | |
| 124. | Photo taken by Alexander Jason: D30_1101.jpg – Eyeglass case back/hinge | | | |
| 125. | Photo taken by Alexander Jason: D30_1106.jpg - Eye glass case | | | |
| 126. | Photo taken by Alexander Jason: D30_1108.jpg – Eyeglass case back/hinge | | | |
| 127. | Photo taken by Alexander Jason: D30_1110.jpg – Eyeglass case open | | | |
| 128. | Photo taken by Alexander Jason: D30_1114.jpg – Wristwatch | | | |
| 129. | Photo taken by Alexander Jason: D30_1116.jpg – Wristwatch | | | |
| 130. | Photo taken by Alexander Jason: D30_1117.jpg – Wristwatch | | | |
| 131. | Photo taken by Alexander Jason: D30_1121.jpg – Wristwatch | | | |
| 132. | Photo taken by Alexander Jason: D30_1124.jpg – Wristwatch | | | |
| 133. | Photo taken by Alexander Jason: D30_1128.jpg – Eyeglasses | | | |
| 134. | Photo taken by Alexander Jason: ECG03.jpg – Close-up of glasses case | | | |
| 135. | Photo taken by Alexander Jason: ECG06.jpg – Close-up of glasses case | | | |
| 136. | Photo taken by Alexander Jason: ECG07.jpg – Close-up of glasses case | | | |
| 137. | Photo taken by Alexander Jason: ECG09.jpg – Close-up of glasses case | | | |
| 138. | Photo taken by Alexander Jason: ECG10.jpg – Close-up of glasses case | | | |
| 139. | 3D Computer rendering of attic by Alexander Jason: Garces01.jpg | | | |
| 140. | 3D Computer rendering of attic by Alexander Jason: Garces07.jpg | | | |
| 141. | 3D Computer rendering of attic by Alexander Jason: Garces08.jpg | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 142. | 3D Computer rendering of attic by Alexander Jason: Garces09.jpg | | | |
| 143. | 3D Computer rendering of attic by Alexander Jason: Garces10.jpg | | | |
| 144. | 3D Computer rendering of attic by Alexander Jason: Garces12.jpg | | | |
| 145. | 3D Computer rendering of attic by Alexander Jason: Garces13.jpg | | | |
| 146. | 3D Computer rendering of attic by Alexander Jason: Garces14.jpg | | | |
| 147. | 3D Computer rendering of attic by Alexander Jason: Garces16.jpg | | | |
| 148. | 3D Computer rendering of attic by Alexander Jason: Garces17.jpg | | | |
| 149. | 3D Computer rendering of attic by Alexander Jason: Garces18.jpg | | | |
| 150. | Photo taken by Alexander Jason: HingeCU02.jpg -- Hinge of glasses case close-up | | | |
| 151. | Photo taken by Alexander Jason: Keesor Position.jpg – Position of Keesor in attic | | | |
| 152. | Photo graphic by Alexander Jason: Part.gif – animated gif of wrist watch | | | |
| 153. | Photos from Insp. Falconer: 039596-R1-4.jpg, Bathroom with paint rollers | | | |
| 154. | Photos from Insp. Falconer: 039596-R1-5.jpg, door panel in room broken out, ladders present | | | |
| 155. | Photos from Insp. Falconer: 039596-R1-11 Sullivan's body in attic, straight ahead view | | | |
| 156. | Photos from Insp. Falconer: 039596-R1-12.jpg – Body in attic | | | |
| 157. | Photos from Insp. Falconer: 039596-R1-13 -Sullivan's body in attic, straight ahead view | | | |
| 158. | Photos from Insp. Falconer: 039596-R1-14 -Sullivan's body in attic, straight ahead view (somewhat different angle) | | | |
| 159. | Photos from Insp. Falconer: 039596-R1-15 -Sullivan's body in attic, straight view (somewhat different angle) | | | |
| 160. | Photos from Insp. Falconer: 039596-R1-16.jpg – Body in attic | | | |
| 161. | Photos from Insp. Falconer: 039596-R1-17.jpg -Sullivan's body in attic, straight from higher up looking down | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 162. | Photos from Insp. Falconer: 039596-R1-25.jpg – Body in attic | | | |
| 163. | Photos from Insp. Falconer: 039596-R1-26.jpg – Body in attic | | | |
| 164. | Photos from Insp. Falconer: 039596-R1-27.jpg – Body in attic | | | |
| 165. | Photos from Insp. Falconer: 039596-R1-30.jpg –Sullivan's body in attic, close up view of head, arm, shirt and pants | | | |
| 166. | Photos from Insp. Falconer: 039596-R1-32.jpg - Sullivan's body in attic, close up view of left side profile head, right arm | | | |
| 167. | Photos from Insp. Falconer: 039596-R1-34.jpg – Body in attic | | | |
| 168. | Photos from Insp. Falconer: 039596-R1-36.jpg – Body in attic | | | |
| 169. | Photos from Insp. Falconer: 039596-R2-1A.jpg – House interior, Angled view of open door of 2 Garces | | | |
| 170. | Photos from Insp. Falconer: 039596-R2-11A.jpg – House interior | | | |
| 171. | Photos from Insp. Falconer: 039596-R2-12A.jpg – House interior, living area | | | |
| 172. | Photos from Insp. Falconer: 039596-R2-13A.jpg – House interior, stairs shop vac | | | |
| 173. | Photos from Insp. Falconer: 039596-R2-14A.jpg – House interior, stairs (different angle) | | | |
| 174. | Photos from Insp. Falconer: 039596-R2-16A.jpg – House interior, view looking up staircase | | | |
| 175. | Photos from Insp. Falconer: 039596-R2-17A.jpg – Blood-stained shirt on door | | | |
| 176. | Photos from Insp. Falconer: 039596-R2-18A.jpg – Blood-stained shirt on door | | | |
| 177. | Photos from Insp. Falconer: 039596-R2-22A.jpg – holes in ceiling | | | |
| 178. | Photos from Insp. Falconer: 039596-R2-23A holes in ceiling (different angle) | | | |
| 179. | Photos from Insp. Falconer: 039596-R2--24A vanity light backing exposed | | | |
| 180. | Photos from Insp. Falconer: 039596-R2-25A closer view of exposed vanity light backing | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 181. | Photos from Insp. Falconer: 039596-R2-28A Sullivan's body, supine on sheet | | Excluded (8/4/14) | |
| 182. | Photos from Insp. Falconer: 039596-R2-29A  left side of Sullivan's face, supine on sheet | | Excluded (8/4/14) | |
| 183. | Photos from Insp. Falconer: 039596-R2-30A  view of Sullivan's left arm, supine on sheet | | Excluded (8/4/14) | |
| 184. | Photos from Insp. Falconer: 039596-R2-32A  View of left side of Sullivan's head, supine on sheet | | Excluded (8/4/14) | |
| 185. | Photos from Insp. Falconer: 039596-R2-35A Close up of rollers in tray | | | |
| 186. | Photos from Insp. Falconer: 039596-R2-3A.jpg – House exterior, view of shirt | | | |
| 187. | Photos from Insp. Falconer: 039596-R2-4A.jpg – House interior, hallway | | | |
| 188. | Photos from Insp. Falconer: 039596-R2-5A  dropcloths in interior room, bucket | | | |
| 189. | Photos from Insp. Falconer: 039596-R2-6A dropcloths, etc. in room | | | |
| 190. | Photos from Insp. Falconer: 039596-R2-7A  dropcloths, etc. in room, different angle | | | |
| 191. | Photos from Insp. Falconer: 039596-R2-8A  buckets in room | | | |
| 192. | Photos from Insp. Falconer: 039596-R2-9A  dropcloths, etc. in room | | | |
| 193. | Photos from Insp. Falconer: 039596-R3-1 Interior door panel missing | | | |
| 194. | Photos from Insp. Falconer: 039596-R3-10.jpg – House interior | | | |
| 195. | Photos from Insp. Falconer: 039596-R3-15 bullet hole over bathroom mirror | | | |
| 196. | Photos from Insp. Falconer: 039596-R3-19 different angle of holes in bathroom ceiling | | | |
| 197. | Photos from Insp. Falconer: 039596-R3-22.jpg – Attic with bullet trajectory rods | | | |
| 198. | Photos from Insp. Falconer: 039596-R3-23.jpg – Attic with bullet trajectory rods | | | |
| 199. | Photos from Insp. Falconer: 039596-R3-24.jpg – Attic with bullet trajectory rods | | | |
| 200. | Photos from Insp. Falconer: 039596-R3-25.jpg – Attic with bullet trajectory rods | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 201. | Photos from Insp. Falconer: 039596-R3-26.jpg – Attic with bullet trajectory rods | | | |
| 202. | Photos from Insp. Falconer: 039596-R3-27.jpg – Attic with bullet trajectory rods | | | |
| 203. | Photos from Insp. Falconer: 039596-R3-28.jpg – Attic with bullet trajectory rods | | | |
| 204. | Photos from Insp. Falconer: 039596-R3-29.jpg – Attic with bullet trajectory rods | | | |
| 205. | Photos from Insp. Falconer: 039596-R3-30.jpg – Attic with bullet trajectory rods | | | |
| 206. | Photos from Insp. Falconer: 039596-R3-31.jpg – Attic with bullet trajectory rods | | | |
| 207. | Photos from Insp. Falconer: 039596-R3-32.jpg – Attic from below with bullet trajectory rods | | | |
| 208. | Photos from Insp. Falconer: 039596-R3-33.jpg – Attic from below with bullet trajectory rods | | | |
| 209. | Photos from Insp. Falconer: 039596-R3-34.jpg Jackets hanging in closet, open closet door | | | |
| 210. | Photos from Insp. Falconer: 039596-R3-35.jpg hole in ceiling | | | |
| 211. | Photos from Insp. Falconer: 039596-R3-37.jpg hole in ceiling | | | |
| 212. | Photos from Insp. Falconer: 039596-R3-5.jpg – Attic access through closet | | | |
| 213. | Photos from Insp. Falconer: 039596-R3-7.jpg – Bedroom | | | |
| 214. | Photos from Insp. Falconer: 039596-R3-8.jpg – Bedroom | | | |
| 215. | Photos from Insp. Falconer: 039596-R4-0A.jpg – House exterior | | | |
| 216. | Photos from Insp. Falconer: 039596-R4-1A exterior of 2 Garces | | | |
| 217. | Photos from Insp. Falconer: 039596-R4-3A exterior of 2 Garces from street side | | | |
| 218. | Photos from Insp. Falconer: 039596-R4-4A.jpg – House exterior | | | |
| 219. | Photos from Insp. Falconer: 039596-R4-5A.jpg – House exterior | | | |
| 220. | Photos from Insp. Falconer: 039596-R4-10A.jpg – House exterior | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 221. | Photos from Insp. Falconer: 039596-R4-11A.jpg – House exterior | | | |
| 222. | Crime scene video | | | |
| 223. | Crime Scene log  (CCSF/ESPI 00680-681) | | | |
| 224. | Photo of pipe – Exhibit D to Russell depo -- DSC_0021.JPG | | | |
| 225. | Lease agreement – Exhibit 3.PDF (PARKMERCED 0019-23) | | | |
| 226. | Notice of Intent to Vacate – Exhibit 5.PDF (PARKMERCED 0041) | | | |
| 227. | Documentation of  rent payment by Gudor and Schenk – Exhibit 6.PDF (PARKMERCED 0042) | | | |
| 228. | Parkmerced conversation log – Exhibit 7.PDF (PARKMERCED 0038) | | | |
| 229. | Parkmerced Computer Screen Shot Re: 2 Garces printed on June 6, 2006 – Exhibit 8.PDF (PARKMERCED 0058) | | | |
| 230. | Confirmation of agreement to vacate without paying back rent – Exhibit 12.PDF (PARKMERCED 0080) | | | |
| 231. | Park Merced Villa's lease records re: 2 Garces Drive  Bates PARKMERCED 0001-0093, excluding Bates PARKMERCED 0066.  . | | | |
| 232. | San Mateo Superior Court #SC045211A – filing: Information; 05/04/99 (CCSF/ESPI 01984-86) | | | |
| 233. | San Mateo Superior Court #SC045211A – Guilty plea; 07/12/99 (CCSF/ESPI 02002-04) | | | |
| 234. | San Mateo Superior Court #SC045211A – Court minutes of plea; 07/12/99  (CCSF/ESPI 02005-07) | | | |
| 235. | San Mateo Superior Court #SC045211A – Court minutes of sentence; 08/06/99  (CCSF/ESPI 02008-11) [REDACTED] | | | |
| 236. | SFPD Incident report #001165128; 10/01/00; Reporting Officer Luke Martin (CCSF/ESPI 01823-26) | | Excluded (9/23/13) | |
| 237. | Note to Sullivan; SFPD IR #001165128; 10/01/00  (CCSF/ESPI 01825) | | Excluded (9/23/13) | |
| 238. | SFPD Incident report #001450753; 12/10/00; Reporting Officer Judith D. Solis  (CCSF/ESPI 01827-33) | | Excluded (8/4/14) | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 239. | San Mateo Superior Court #SC045211A – Affadavit of probation violation; 2/14/01 (CCSF/ESPI 02025) | | | |
| 240. | San Mateo Superior Court #SC045211A – Court minutes re:conviction for probation violation; 2/14/01 (CCSF/ESPI 02026-28) | | | |
| 241. | Photo taken by Alexander Jason: D30_0905.jpg – Rafters from Ofr. Oshita's point of view | | | |
| 242. | SFPD Incident report #011543508, Reporting Officer Joann Walker; including Supplemental report, Reporting Officer Jayme Campbell; 12/25/01; (CCSF/ESPI 01845-50) | | Excluded (8/4/14) | |
| 243. | SFPD Incident report #021250630; 9/18/02; Reporting Officer Insp. M. Halloran (CCSF/ESPI 01851-54) | | Excluded (9/23/13) | |
| 244. | SFPD Incident report #021419369; 10/27/02; Reporting Officer B. Chan (CCSF/ESPI 01855-58 (unredacted version)) | | Excluded (8/4/14) | |
| 245. | San Mateo Superior Court #SC045211A – Affidavit of probation violation; 02/18/03 (CCSF/ESPI 02029) | | | |
| 246. | San Mateo Superior Court #SC045211A – Court record warrant status; 03/03/03 (CCSF/ESPI 02030) | | | |
| 247. | San Mateo Superior Court #SC045211A –  Bench warrant; 02/18/03(CCSF/ESPI 02031-33) | | | |
| 248. | San Mateo Superior Court #SC045211A –  Court minutes; 04/15/03 (CCSF/ESPI 02046-48) | | | |
| 249. | SFPD Incident report #030223608; 02/23/03; Reporting Officer Sgt. Arlin Vanderbilt (CCSF/ESPI 01859-60) | | Excluded (8/4/14) | |
| 250. | SFPD Incident report #031009085; 08/26/03; Reporting Officer Robert A. Padrones (CCSF/ESPI 01861-70) | | Excluded (8/4/14) | |
| 251. | San Mateo Superior Court #SC045211A – Affidavit to revoke probation; 03/08/04 (CCSF/ESPI 02039-40) | | | |
| 252. | San Mateo Superior Court #SC045211A – Court minutes revoking probation; 03/11/04 (CCSF/ESPI 02041-42) | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 253. | San Mateo Superior Court #SC045211A – Court minutes finding violation; 04/21/04 (CCSF/ESPI 02051-53) | | | |
| 254. | SFPD Incident report #050131207; 02/02/05; Reporting Officer Martin B. Bandvik (CCSF/ESPI 01876-85) | | Excluded (8/4/14) | |
| 255. | SFPD Incident report #050496136; 05/04/05; Reporting Officer Louis W. Wong (CCSF/ESPI 01886-90) | | Excluded (8/4/14) | |
| 256. | San Francisco Superior Court Case No. 2216488 – Felony Complaint; 05/06/05 (CCSF/ESPI 02071) | | | |
| 257. | San Francisco Superior Court MC#2216488 – Court minutes/guilty plea; 05/27/05 (CCSF/ESPI 02068) | | | |
| 258. | San Francisco Superior Court SC#195776 – Court minutes/sentencing; 06/27/05 (CCSF/ESPI 02066) [REDACTED] | | | |
| 259. | SFPD Incident report #051157937; 10/13/05; Reporting Officer Gared D. Hansen; Officer Moylan – transported and searched Sullivan (CCSF/ESPI 01891-93) | | Excluded (8/4/14) | |
| 260. | San Francisco Superior Court SC#195776 – Court minutes 10/18/05 (CCSF/ESPI 02065) | | | |
| 261. | San Francisco Superior Court SC#195776 – Court minutes 10/25/05 (CCSF/ESPI 02064) | | | |
| 262. | San Francisco Sheriff's Dept. – Bench warrant 5/24/06 (CCSF/ESPI 01822) | | | |
| 263. | South San Francisco PD Incident Report 05-6912; 11/16/05; Reporting Officer D. Lawley (CCSF/ESPI 01941-48) | | Excluded (8/4/14) | |
| 264. | San Mateo Superior Court - SC60453 – Court filing Criminal Information; 02/15/06 (CCSF/ESPI 01914-17) | | | |
| 265. | San Mateo Superior Court - SC60453 – Nolo plea 05/08/06 (CCSF/ESPI 01902-04) | | | |
| 266. | San Mateo Superior Court - SC60453 – Court minutes re: Nolo plea; 05/08/06 (CCSF/ESPI 01935-37) | | | |
| 267. | San Mateo County Office Mental Health – Progress notes; 01/12-01/13/95 (000013) | | | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 268. | San Mateo County Office Mental Health – Progress notes; 04/12-04/20/95 (000042) | | | |
| 269. | San Mateo County Office Mental Health – Memo to Juvenile Probation; 05/17/95 (000133) | | | |
| 270. | San Mateo County Office Mental Health – Camp Glenwood Pre-admission Form (000136-37) | | | |
| 271. | San Mateo County Office Mental Health – Memo to Juvenile Probation; 01/30/95 (000151-54) | | | |
| 272. | San Mateo County Office Mental Health – Memo from Bryan Conklin; 01/23/95 (000155-57) | | | |
| 273. | San Mateo County Office Mental Health – Memo to San Mateo County CPS; 04/18/94 (000163-64) | | | |
| 274. | San Mateo County Office Mental Health – Psychological Evaluation; 01/07/94 (000186-88) | | | |
| 275. | San Mateo County Office Mental Health – Special Education Pupil Placement Summary; 06/24/93 (000190) | | | |
| 276. | San Mateo County Office Mental Health – Brief Medical History; 06/23/93 (000199) | | | |
| 277. | San Mateo County Office Mental Health – Quarterly Treatment Plan; 08/06/93 (000201-05) [REDACTED] | | | |
| 278. | San Mateo County Office Mental Health – Appraisal/Needs and Services Plan; 02/02/94 (000217-18) | | | |
| 279. | San Mateo County Office Mental Health – Juvenile Contact Report; 01/12/95 (000293-97) | | | |
| 280. | San Mateo County Office Mental Health – Medical Discharge Summary; 04/17/94 (000309) | | | |
| 281. | San Mateo County Office Mental Health – Quarterly Treatment Plan; 02/02/94 (000351-55) | | | |
| 282. | San Mateo County Office Mental Health – Quarterly Treatment Plan; 11/11/93 (000364-68) | | | |
| 283. | San Mateo County Office Mental Health – Incident Report; 11/04/93 (000375) | | | |
| 284. | San Francisco General Hospital records – Urinalysis Report (00001) | | | |

| | EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 285. | San Francisco General Hospital records – Outpatient Progress Report; 08/05/04 (00004) | | | |
| 3 | 286. | San Francisco General Hospital records – Psychiatric Emergency Services Clinical Assessment: Current Visit; 10/28/02 (00020-27) | | | |
| 4 | | | | | |
| 5 | 287. | San Francisco General Hospital records – Application for 72-hour Detention; 10/27/02 (00033) | | | |
| 6 | | | | | |
| 7 | 288. | San Francisco General Hospital records – Emergency Nursing Care Flow Record; 10/27/02 (00039) | | | |
| 8 | 289. | San Francisco General Hospital records – San Francisco Fire Department Medical Report; 10/27/02(00040) | | | |
| 9 | | | | | |
| 10 | 290. | San Francisco General Hospital records – Progress Notes; 11/18/91 (00052-54) | | | |
| 11 | | | | | |
| 12 | 291. | San Francisco General Hospital records – Application for 72-hour Detention; 11/18/91 (00055) | | | |
| 13 | 292. | San Francisco General Hospital records – Progress Notes (00057) | | | |
| 14 | 293. | San Francisco General Hospital records – Application for 72-hour Detention; 07/25/91 (00058) | | | |
| 15 | | | | | |
| 16 | 294. | POST Learning Domain 16 – Search and Seizure (CCSF/ESPI 00897-939) | | | |
| 17 | 295. | POST Learning Domain 20 – Use of Force (CCSF/ESPI 00774-885) | | | |
| 18 | 296. | POST Learning Domain 37 – Persons with Disabilities (CCSF/ESPI 00718-759) | | | |
| 19 | | | | | |
| 20 | 297. | SFPD General Order 6.14 Psychological evaluation of Adults (CCSF/ESPI 00711-17) | | | |
| 21 | 298. | General Order 5.01 rev. 10/04/95 "Use of Force" (CCSF/ESPI 00760-770) | | | |
| 22 | | | | | |
| 23 | 299. | General Order 5.02  11/01/95  "use of firearms" (CCSF/ESPI 00771-73) | | | |
| 24 | 300. | G.O. 8.01  "Critical Incidents" (CCSF/ESPI 00886) | | | |
| 25 | 301. | G.O.  8.02 "Hostage and barricaded suspect incidents"(CCSF/ESPI 00888) | | | |
| 26 | | | | | |
| 27 | 302. | G.O. 8.04 Critical Incident Response team (CCSF/ESPI 00892) | | | |
| 28 | 303. | G.O. 8.11  Officer-Involved Shootings (no bates number) | | Excluded (8/4/14) | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 304. | G.O. 2.02 "Alcohol use by members"(CCSF/ESPI 0001536-39) | | Excluded (7/25/14) | |
| 305. | G.O. 2.03 "Drug use by members" (CCSF/ESPI 0001540-48) | | Excluded (7/25/14) | |
| 306. | Memorandum of Understanding between CCSF and SF POA July 1, 2007-June 30, 2011 (CCSF/ESPI 001549-52) | | Excluded (7/25/14) | |
| 307. | SFPD Bulletin re: Ramey- entering a home to make an arrest (CCSF/ESPI 00894-96) | | Excluded (8/4/14) | |
| 308. | Ronan Shouldice Report – Exhibit C to Shouldice depo (CCSF/ESPI 00184-202) | | | |
| 309. | Medical Examiner's Report (CCSF/ESPI 01469-1489) | | | |
| 310. | Carella Call to SFPD audio w/ transcript synch'd | | | |
| 311. | CAD (Dispatch Only) transcript (And 311a audio to match) | | | |
| 312. | CAD event history detail for June 6, 2006 - CAD (CCSF/ESPI 0052-56) | | | |
| 313. | CAD transcript synch'd to audio (And 313a transcript to match) | | | |
| 314. | Officer Alvis' Medical Records from SFGH (CCSF/ESPI 01441-1447) | | | |
| 315. | SFPD/SFSD Field Arrest Card 12-10-2000 (CCSF/ESPI 01533-34) | | | |
| 316. | Proia report (CCSF/ESPI 01490a-1511) | | | |
| 317. | SF Department of Mental Health – Admission Assessment; 10/09/03 (00003-00007) | | | |
| 318. | SF Department of Public Health — Jail Medical Services Encounter Report/Triage; 02/15/99 (000001) | | | |
| 319. | SF Department of Public Health — Jail Medical Services Encounter Report/Mental Status Evaluation; 12/11/00 (000004-5) | | | |
| 320. | SF Department of Public Health — Jail Medical Services Encounter Report/Procedures; 12/11/00(000008) | | | |
| 321. | SF Department of Public Health — Jail Medical Services Encounter Report/Intake Screen; 02/23/03 (000013-14) | | | |
| 322. | SF Department of Public Health — Jail Medical Services Encounter Report/Triage; 05/04/05 (000021) | | | |

| | EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|---|
| | 323. | SF Department of Public Health — Jail Medical Services Encounter Report/Health Inventory; 05/15/05 (000027-28) | | | |
| | 324. | Lemos Toxicology Report (CCSF/ESPI 01481) | | | |
| | 326. | Exemplar Glasses Case | | | |
| | 328. | Anatomic Skeleton | | | |
| | 329. | Printed page evidence list (CCSF/ESPI 00241) | | | |
| | 330. | Property file (CCSF/ESPI 00248-269) | | | |
| | 331. | Request from Lt. Hennessy to James Mudge, GSR analysis  (CCSF/ESPI 00210) | | | |
| | 332. | Report of laboratory Examination (CCSF/ESPI 00669) | | | |
| | 333. | Police commission findings Bates (CCSF ESPI M 000403-417) | | Excluded (7/25/14) | |
| | 334. | 3/1/2008 SFPD Incident Report (CCSF ESPI M 000001-2) | | Excluded (7/25/14) | |
| | 335. | 8/11/2008 SFPD Incident Report (CCSF ESPI M 000009-11) | | Excluded (7/25/14) | |
| | 336. | Video footage of Morgado/Haynes incident | | Excluded (7/25/14) | |
| | 337. | Sears Roebuck employment records, Bates 1-11 plus custodian of record dec. | | | |
| | 338. | Employee work history/shift schedules for June 6, 2006 (MCD/ESPI 01573) | | | |
| | 339. | Bob Johnson expert report  Exhibit A Loss of Human Value of Life | | Excluded (7/25/14) | |
| | 340. | March 16, 2003 correspondence from Donald Jingles to Hon. H. James Ellis | | Excluded (8/4/14) | |
| | 342. | Cement mason's Local 300 file re: Asa Sullivan. | | | |
| | 343. | April 9, 2008 Correspondence from Keesor to Butler | | | |
| | 344. | Goodwill Industry employment records for Asa Sullivan. | | | |
| | 345. | Sullivan Resume | | | |
| | 346. | Child support order  from Contra Costa County 261/month, owing 1305, related records. | | | |
| | 347. | Certified Child Support Account Summary from Contra Costa County (4 pages) | | | |
| | 348. | Certificate of Live Birth A.S., 7/26/2000 | | | |
| | 349. | Funeral guest book for Asa Sullivan | | Excluded (8/4/14) | |

| EXHIBIT NUMBER | DESCRIPTION / BATES NOS. | MARKED | ADMITTED | LIMITATION ON USE |
|---|---|---|---|---|
| 350. | DVD of funeral services for Asa Sullivan | | Excluded (8/4/14) | |
| 351. | Funeral card for Asa Sullivan | | Excluded (8/4/14) | |
| 352. | Substance Abuse Education Progress Report, CCSF Office of the Sheriff Post-Release Education program. | | | |
| 353. | SFPD/DEM Radio Code Key (2 pages) | | | |
| 354. | Payment Ledger – Exhibit 10.PDF (PARKMERCED 0063) | | | |

[end]