# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

**Time in Court: 4 hours 44 minutes**

**JUDGE: JEFFREY S. WHITE**        **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: September 10, 2014        **Court Reporter**:  Kathy Wyatt


**CASE NUMBER: 4:06-CV-4686 JSW**

**CASE NAME: Kathleen Espinosa Espinosa, et al., v. City and County of San Francisco, et al.**


**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**

Benjamin Nissenbaum                Blake Loebs
John Burris                        Peter Keith


**PROCEEDINGS:**   Jury Trial (Day - 4)

(SEE ATTACHED TRIAL LOG)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CASE NUMBER: 4:06-CV-4686 JSW**
**CASE NAME: Espinosa, et al., v. City and County of San Francisco, et al.**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| DISTRICT JUDGE:<br>JEFFREY S. WHITE | PLAINTIFF ATTORNEY:<br>Benjamin Nissenbaum<br>John Burris | DEFENSE ATTORNEY:<br>Blake Loebs<br>Peter Keith |
|---|---|---|
| TRIAL DATE:<br>September 10, 2014 | REPORTER(S):<br>Kathy Wyatt | CLERK:<br>Jennifer Ottolini |

| PLFT. NO.: | DEFT. NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:54 a.m. | | | Court convened. All parties are present. Counsel are present. The jury is not present.<br>Note received from juror no. 8.<br>Court and counsel discuss note received (outside the presence of the jury). |
| | | 7:58 a.m. | | | The jury is present.<br>The Court instructed the jury re: Witness Testimony through deposition. |
| | | 8:03 a.m. | | | The Defendant called **MARGARITA WYNN,** via deposition, read through a reader, by Mr. Keith. |
| | 228 | | X | X | Parkmerced conversation log |
| | 229 | | X | X | Parkmereced Computer Screen Shot re: 2 Garces printed on 6-6-2006 |
| | | 8:48 a.m. | | | Cross examination of **MARGARITA WYNN,** via deposition, read through a reader, by Mr. Burris. |
| | | 9:06 a.m. | | | Re-direct examination of **MARGARITA WYNN,** via deposition, read through a reader, by Mr. Keith. |
| | | 9:10 a.m. | | | Deposition reader is thanked and excused.<br>Transcript of June 12 2006 Statement of **MARGARITA WYNN** to Insp. Cleary, SFPD is read to the jury by Mr. Burris. |
| | | 9:14 a.m. | | | The jury is admonished and court is recess pending return of Plaintiff's counsel, Mr. Nissenbaum. |
| | | 9:41 a.m. | | | Court reconvened. All parties are present. Counsel are present. The jury is not present.<br>Court and counsel discuss matters outside the presence of the jury. |

**CASE NUMBER: 4:06-CV-4686 JSW**
**CASE NAME: Espinosa, et al., v. City and County of San Francisco, et al.**

**EXHIBIT and WITNESS LIST**
Continued

| PLFT. NO.: | DEFT. NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:44 a.m.. | | | The jury is now present. The Plaintiff called **MICHELLE ALVIS**, who was sworn and testified under direct examination by Mr. Nissenbaum. |
| | | 11:14 a.m. | | | The jury is admonished and court is in recess. |
| | | 11:34 a.m. | | | Court reconvened. All parties are present. Counsel are present. The jury is present. **PAULO MORGADO**, previously sworn, resumed the witness stand under cross examination by Mr. Loebs. |
| | 222 | | X | X | Crime Scene Video |
| | 214 | | X | X | Photo of Bedroom |
| | 213 | | X | X | Photo of Bedroom |
| | 313A | | X | X | Audio of 6-6-2006 CAD (Dispatch only) |
| | 105 | | X | X | Photo - Rafters and Officer Morgado's position |
| | 112 | | X | X | Photo - Rafters and Officer Morgado's POV |
| | | 1:21 p.m. | | | The Court admonished the jury and the jury is in recess until 8:00 a.m on September 11, 2014. Court and counsel discuss scheduling. |
| | | 1:23 p.m. | | | Court is in recess until 8:00 a.m on September 11, 2014. |

3