# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

**Time in Court:  4 hours 33 minutes**

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: September 22, 2014           **Court Reporter**:  Kathy Wyatt

**CASE NUMBER: 4:06-CV-4686 JSW**

**CASE NAME: Kathleen Espinosa Espinosa, et al., v. City and County of San Francisco, et al.**

**COUNSEL FOR PLAINTIFF:**         **COUNSEL FOR DEFENDANT:**

Benjamin Nissenbaum              Blake Loebs
John Burris                      Peter Keith

**PROCEEDINGS:**   Jury Trial (Day - 10 )

(SEE ATTACHED TRIAL LOG)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CASE NUMBER: 4:06-CV-4686 JSW**
**CASE NAME:** Espinosa, et al., v. City and County of San Francisco, et al.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| DISTRICT JUDGE:<br>JEFFREY S. WHITE | PLAINTIFF ATTORNEY:<br>Benjamin Nissenbaum<br>John Burris | DEFENSE ATTORNEY:<br>Blake Loebs<br>Peter Keith |
|---|---|---|
| TRIAL DATE:<br>September 22, 2014 | REPORTER(S):<br>Kathy Wyatt | CLERK:<br>Jennifer Ottolini |

| PLFT. NO.: | DEFT. NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court convened. All parties are present. Counsel are present. The jury is not present. |
| | | 8:02 a.m. | | | The jury is now present.<br>Cross examination of **RONAN SHOULDICE**, previously sworn continued by Mr. Loebs. |
| | 223 | | X | X | Crime Scene Log |
| | 4 | | | X | Watch |
| | 371 | | X | X | Glass Pipe |
| | 370 | | X | X | 1 page from exhibit 308 - diagram of floor below attic |
| | | 8:23 a.m. | | | **RONAN SHOULDICE** is offered and accepted as an expert in the field of *Trajectory and Field of Fire Analysis* |
| | | 8:32 a.m. | | | Re-direct examination of **RONAN SHOULDICE** by Mr. Nissenbaum. |
| 10A | | | X | X | Photo from exhibit 10 |
| 308A | | | X | X | Bates stamped page 184 of exhibit 308 |
| | | 8:38 a.m. | | | Witness is thanked and excused.<br>The Plaintiffs called **ERIK LEUNG**, who was sworn and testified under direct examination by Mr. Nissenbaum. |
| | | 9:38 a.m. | | | The jury is admonished and the jury is in recess.<br>Court and counsel discuss matters outside the presence of the jury. |
| | | 9:38 a.m. | | | Court is in recess. |
| | | 9:58 a.m. | | | Court reconvened. All parties are present. All counsel are present. The jury is present. Direct examination of **ERIK LEUNG** by Mr. Nissenbaum continued. |

**CASE NUMBER: 4:06-CV-4686 JSW**
**CASE NAME: Espinosa, et al., v. City and County of San Francisco, et al.**

## EXHIBIT and WITNESS LIST
Continued

| PLFT. NO.: | DEFT. NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:08 a.m. | | | Cross examination of **ERIK LEUNG** by Mr. Loebs. |
| | | 10:39 a.m. | | | Re-direct examination of **ERIK LEUNG** by Mr. Nissenbaum. |
| | | 10:42 a..m. | | | Witness is thanked and excused. The Plaintiffs called **TRACY MCCRAY**, who was sworn and testified under direct examination by Mr. Nissenbaum. |
| | | 11:44 a.m. | | | The jury is admonished and court is in recess. |
| | | 12:00 p.m. | | | Court reconvened. All parties are present. All counsel are present. The jury is present. Direct examination of **TRACY MCCRAY** by Mr. Nissenbaum continued. |
| | | 12:18 p.m. | | | Cross examination of **TRACY MCCRAY** by Mr. Loebs. |
| | | 12:20 p.m. | | | Witness is thanked and excused. The Plaintiffs called **DARREN CHOY**, who was sworn and testified under direct examination by Mr. Nissenbaum. |
| | | 1:04 p.m. | | | The Court admonished the jury and the jury is recessed until 8:00 a.m. on Tuesday, September 23, 2014. Court and counsel discuss matters outside the presence of the jury. |
| | | 1:09 p.m. | | | Court is in recess until 8:00 a.m. September 23, 2014. |